UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAROSLAV CHUB, et al., | CASE NO. C25-5192-KKE |
| Plaintiff(s), | ORDER |
| v. | |
| HOME DEPOT USA INC., | |
| Defendant(s). | |

Plaintiff Tatiana Chub moves to waive appointment of guardian ad litem for her minor children, Plaintiffs VC, KC, AC, and VC. Dkt. No. 14. Defendant does not oppose. *Id.* For good cause shown, the Court GRANTS Plaintiff's motion.

Plaintiffs initiated this suit in the Superior Court of Washington for Clark County on February 11, 2025. Dkt. No. 1-1. On March 7, 2025, Defendant removed the case to this Court based on diversity jurisdiction, 28 U.S.C. § 1332. Dkt. No. 1 at 2. Plaintiffs assert negligence and loss of consortium claims against Defendant, alleging that Plaintiff Yaroslav Chub was injured at Defendant's Vancouver, Washington store when attempting to remove metal sheets from a stack. Dkt. No. 1-1 at 3–7. Plaintiffs VC, KC, AC, and VC are the minor children of Plaintiffs Yaroslav Chub and Tatiana Chub. *Id.* at 1–2.

Under Federal Rule of Civil Procedure 17(a), a "general guardian" may sue or defend on behalf of a minor. Rule 17(b) also provides that an individual's capacity to sue is governed "by

ORDER - 1

the law of the individual's domicile[.]" Fed. R. Civ. P. 17(b).  Plaintiffs VC, KC, AC, and VC reside in Portland, Oregon, so Oregon law applies. Dkt. No. 1-1 at 2.  Under Oregon law, a minor is an unmarried individual under 18 years old.  OR. REV. STAT. §§ 109.510, 109.520.

It is undisputed that Plaintiff Tatiana Chub is the parent and natural guardian of the minor Plaintiffs, and that she pursues this action in her children's interest.  Dkt. No. 14 at 3; *see* OR. REV. STAT. § 125.315 (general duties of a guardian); *Guardian*, BLACK'S LAW DICTIONARY (12th ed. 2024).  Accordingly, the Court GRANTS Plaintiff's motion.

Dated this 9th day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 2