UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAROSLAV CHUB, et al.,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br><br>HOME DEPOT USA INC.,<br><br>　　　　　　　Defendant(s). | CASE NO. C25-5192-KKE<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND DEADLINES |

This matter comes before the Court on the parties' stipulated motion to continue certain pretrial deadlines. Dkt. No. 20. Although the parties have shown good cause to continue discovery-related pretrial deadlines, the proposed dates do not comply with the Court's requirement that the dispositive motions deadline be set four months before trial, consistent with the Court's standard offset dates. *See* Dkt. No. 10 at 5–6. To extend the pretrial deadlines, the parties will need to stipulate to a new trial date, and the Court will then issue an amended case schedule using its standard offset dates. *Id.*

Accordingly, the motion is DENIED without prejudice to refiling. Dkt. No. 20. The parties should contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov for assistance in selecting a new trial date before re-filing a stipulated motion to continue.

Dated this 30th day of October, 2025.

Kymberly K. Evanson
United States District Judge