UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YAROSLAV CHUB, et al.,

                Plaintiff(s),

    v.

HOME DEPOT USA INC.,

                Defendant(s).

CASE NO. C25-5192-KKE

ORDER DIRECTING JOINT STATUS REPORT OR STIPULATED MOTION FOR A NEW TRIAL DATE

This matter comes before the Court *sua sponte*. On October 30, 2025, the Court denied the parties' stipulated motion to extend the discovery deadline and other pretrial deadlines because the proposed dates did not comply with the Court's requirement that dispositive motions be due at least four months before trial. Dkt. No. 23. The Court informed the parties that, to extend the pretrial deadlines, they would need to stipulate to a new trial date, and directed them to contact the Courtroom Deputy for assistance in selecting a new trial date. *Id.* The parties have not filed a new stipulated motion to amend the case schedule. Accordingly, the deadline for dispositive motions has now passed, and the case remains set for trial on April 20, 2026. *See* Dkt. No. 17.

The Court ORDERS the parties no later than February 4, 2026, to either file a joint status report indicating that they intend to proceed to trial as currently scheduled, file a stipulated motion to amend the case schedule, or file a stipulated motion to vacate the case schedule if the parties

ORDER DIRECTING JOINT STATUS REPORT OR STIPULATED MOTION FOR A NEW TRIAL DATE - 1

have reached a full settlement.  If the parties wish to amend the case schedule, they must propose a new trial date as indicated in the Court's previous order.  Dkt. No. 23.

Dated this 29th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING JOINT STATUS REPORT OR STIPULATED MOTION FOR A NEW TRIAL DATE - 2