UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YAROSLAV CHUB, an individual; and TATIANA CHUB; VICTORIA CHUB; NIKOLAY CHUB; MARK CHUB; TATIANA CHUB, as parent and natural guardian of VC a minor child; TATIANA CHUB, as parent and natural guardian of KC, a minor child; TATIANA CHUB, as parent and natural guardian of AC, a minor child; TATIANA CHUB, as parent and natural guardian of VC, a minor child,<br><br>          Plaintiffs,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation, dba THE HOME DEPOT # 4718,<br><br>          Defendant. | No. 3:25-cv-05192-KKE<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon stipulation of the parties, this matter is DISMISSED WITH PREJUDICE, with each side to bear their own costs and attorney fees.  All deadlines, including the February 4, 2026 joint status report deadline (Dkt. No. 31) are VACATED.

ORDER OF DISMISSAL WITH PREJUDICE - 1
(3:25-cv-05192-KKE)

MARTIN BISCHOFF, LLP
620 SW Fifth Ave., Suite 300
Portland, OR 97204
Telephone: 503-914-2015

DATED: February 2nd, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

s/ Thomas W. Purcell
Thomas W. Purcell, WSBA No. 49450
Martin Bischoff, LLP
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Email: tpurcell@mblglaw.com
Telephone: 503-914-2015
*Attorneys for Defendant Home Depot U.S.A., Inc.*

ORDER OF DISMISSAL WITH PREJUDICE - 2
(3:25-cv-05192-KKE)